

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

BRIAN PITMAN

               Plaintiff(s),

Case No. 1:20-CV-01259-NONE-BAM

v.

MACY'S WEST STORES, INC., *et al.*,

               Defendant(s).

I, David E. Martin, attorney for Defendants Macy's West Stores, LLC, f/k/a Macy's West Stores, Inc. and Macy's, Inc., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Macy's Law Department |
| Address: | 11477 Olde Cabin Road, Suite 400 |
| City: | St. Louis |
| State: | Missouri    ZIP Code:  63141 |
| Voice Phone: | (314) 342-6719 |
| FAX Phone: | (314) 342-6366 |
| Internet E-mail: | david.e.martin@macys.com |
| Additional E-mail: | N/A |
| I reside in City: | St. Louis    State:  Missouri |

I was admitted to practice in the Supreme Court of Missouri on October 10, 1986. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          Michael C. Christman

Firm Name:     Macy's Law Department

Address:       11477 Olde Cabin Road, Suite 400

City:          St. Louis

State:         Missouri     ZIP Code:     63141

Voice Phone:   (314) 342-6334

FAX Phone:     (314) 342-6366

E-mail:        michael.christmam@macys.com

Dated: December 10, 2020          Petitioner: _____

**ORDER**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on December 10, 2020.

IT IS SO ORDERED.

Dated**:**   **December 11, 2020**              /s/ *Barbara A. McAuliffe*